## 930    CASES REPORTED WITH BRIEF SYLLABI.

ent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Minnie Stiefel, Appellant, v. Ike Stiefel, Respondent.— Order affirmed. No opinion.

Williams Engineering and Contracting Company, Respondent, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Manuel Alvarez and Baldomero Manendez.— Motion to dismiss appeal granted unless appellants comply with terms stated in order.

The People of the State of New York v. John Novielli.— Motion to dismiss appeal granted.

In the Matter of William R. Wilcox and Others. Jacob G. Breunick, Appellant.— Motion to dismiss appeal granted unless appellant prepare and file the proper number of cases within the time to be fixed in the order. Memorandum per curiam. Settle order on notice.

In the Matter of William R. Wilcox and Others. Elizabeth K. S. Lorillard, Appellant.— Motion to dismiss appeal granted unless appellant prepare and file the proper number of cases within the time to be fixed in the order. Memorandum per curiam. Settle order on notice.

The People of the State of New York v. Frank Zerillo and Others:— Motion to dismiss appeal granted unless appellants comply with terms stated in order.

In the Matter of the City of New York (In the Matter of Luke A. Burke).— Motion granted, guardian ad litem and referee to be appointed by the court. Settle order on notice. Memorandum per curiam.

Edwin Hilborn v. Pennsylvania Cement Company.— Motion denied, with ten dollars costs.

Michael A. Gulbrandsen, as Administrator, v. Lord Electric Company. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Giuseppe Monaco v. John F. Lange.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

John J. Gillen v. New York Butchers' Dressed Beef Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Annie Stenson, as Administratrix, v. J. H. Flick Construction Company. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Idella Dadson, as Administratrix, v. William Allaire.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order,

Chartered Bank of India, etc., v. Nassau Fire Insurance Company.— Motion denied, with ten dollars costs.

John J. Becker v. Alfred Lust.— Application denied, with ten dollars costs. Order signed.

Bertha Evans and Others v. Charles Pelta and Others.—Application granted. Order signed.